# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 18, 2022

## NO. 03-21-00645-CV

**K. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
## AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
## OPINION BY JUSTICE KELLY

This is an appeal from the final order signed by the trial court on December 5, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portions of the order that denied appointing appellant as managing conservator or possessory conservator. Therefore, the Court affirms those portions of the order. The Court further holds that there was reversible error in the portion of the order that completely denied appellant possession of and access to A.C.A.G. and A.M.G. Therefore, the Court reverses that portion of the order and remands the case to the trial court to consider what amount and kind of access would be appropriate. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.